DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRY STOUT MESA,**
Appellant,

v.

**GARY STOUT,**
Appellee.

No. 4D19-3596

[December 17, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; N. Hunter Davis, Judge; L.T. Case No. FMCE 05-005189 (40/90).

Terry Stout Mesa, Newark, Delaware, pro se.

Philip A. Duvalsaint of Philip A. Duvalsaint, PLLC, Ft. Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*